IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>HARSHDEEP KAUR,<br>Defendant. | ) | Case №: 1:26-MJ-00092-1 FJS<br>**O R D E R<br>APPOINTING COUNSEL** |

The above named Defendant has, under oath, sworn or affirmed as to her financial inability to employ counsel or has otherwise satisfied this Court that she is financially unable to obtain counsel and wishes counsel be appointed to represent her. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A, IT IS HEREBY ORDERED that Adilene Flores Estrada be appointed to represent the above defendant in this case effective *nunc pro tunc* to July 30, 2026, for the initial appearance/arraignment and subsequent detention and identity hearings only.

IT IS SO ORDERED.

Dated: **July 31, 2026**

UNITED STATES MAGISTRATE JUDGE