AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Eastern **District of** California

UNITED STATES OF AMERICA
Plaintiff (s),

V.

HARSHDEEP KAUR

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 26mj00092- FJS-11:

Notice is hereby given that, subject to approval by the court, ______________ (Party (s) Name) substitutes MARIO PALOMARES TAFUR (Name of New Attorney), State Bar No. 329899 as counsel of record in place place of ADILINE FLORES ESTRADA (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: BULLDOG LAW, P.C.

Address: 500 N. Central Avenue, Ste. 610

Telephone: Glendale, CA 91203 Facsimile ______________

E-Mail (Optional): mario@thebulldog.law /elsy@thebulldog.law

I consent to the above substitution.

Date: August 3, 2026

HARSHDEEP KAUR

Harshdeep Kaur
(Signature of Party (s))

I consent to being substituted.

Date: 07/31/2026

ADILENE FLORES ESTRADA

/s/Adilene FLores Estrada
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 07/31/2026

*/s/ Mario Pa/omares Tafur*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: August 5, 2026

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**